**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:20-cr-00286-MO** |
| v. | **INFORMATION** |
| **IAN ALEC WOLF,** | **40 U.S.C. § 1315** |
| | **41 C.F.R. § 102.74.380(d)** |
| Defendant. | **41 C.F.R. § 102.74.385** |

**THE UNITED STATES ATTORNEY CHARGES:**

**<u>COUNT 1</u>**
**(Creating a Hazard on Federal Property)**
**(41 C.F.R. § 102.74.380(d))**

On or about July 29, 2020, in the District of Oregon, the defendant **IAN ALEC WOLF** did willfully enter in and on federal property, to wit: the grounds of the Mark O. Hatfield Federal Courthouse and did create a hazard persons and things while on the property;

In violation of Title 40, United States Code, Section 1315 and Title 41, Code of Federal Regulations, Section 102-74.380(d), a class C misdemeanor.

**Misdemeanor Information**                                                                                       **Page 1**

## COUNT 2
### (Failing to Obey a Lawful Order)
### (41 C.F.R. § 102.74.385)

On or about July 29, 2020, in the District of Oregon, the defendant **IAN ALEC WOLF** did willfully enter in and on federal property, to wit: the grounds of the Mark O. Hatfield Federal Courthouse and fail to comply with the lawful direction of federal police officers and other authorized individuals;

In violation of Title 40, United States Code, Section 1315 and Title 41, Code of Federal Regulations, Section 102-74.385, a class C misdemeanor.

Dated: July 29, 2020

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*/s Ashley R. Cadotte*
ASHLEY R. CADOTTE, OSB ##122926
Assistant United States Attorney

**Misdemeanor Information**                                                **Page 2**